Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Holifield<br><br>Case below:<br>175 N.C. App. 421 | No. 049P06 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1513)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |
| State v. Holmes<br><br>Case below:<br>177 N.C. App. 565 | No. 283P06 | AG's Motion for Temporary Stay<br>(COA05-986) | Allowed<br>05/24/06 |
| State v. Hoover<br><br>Case below:<br>174 N.C. App. 596 | No. 370P04-3 | Def's Motion for "Petition for All Writ for Appeal to a En-Banc Review" (COA05-64) | Dismissed<br>(06/29/06) |
| State v. Hyatt<br><br>Case below:<br>Buncombe County<br>Superior Court | No. 402A00-3 | 1. Defendant-Appellant's Motion to Defer Consideration of PWC<br><br>2. Defendant-Appellant's Motion to Allow Supplemental Memorandum | 1. Allowed<br>06/28/06<br><br>2. Allowed<br>06/28/06 |
| State v. Ivey<br><br>Case below:<br>176 N.C. App. 768 | No. 182P06 | 1. AG's Motion for Temporary Stay<br>(COA05-456)<br><br><br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PWC to Review Order of Remand Entered by COA<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**04/11/06**<br>360 N.C. 488<br>Stay Dissolved<br>**06/29/06**<br><br>2. Denied<br>(06/29/06)<br><br>3. Denied<br>(06/29/06)<br><br>4. Denied<br>(06/29/06) |